11-2298
IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| DORIS KEETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Appeal No.: 11-2298 |
| | ) | Dist. Ct. No. 10 CV 05502 |
| MORNINGSTAR, INC. | ) | Judge Amy J. St. Eve |
| | ) | |
| Defendant. | ) | Magistrate Judge Michael T. Mason |

## MOTION TO ENLARGE TIME TO FILE THE BRIEF AND ARGUMENT OF PLAINTIFF-APPELLANT

NOW COMES THE PLAINTIFF- APPELLANT, through her attorney, Armand L. Andry, and submits the following as her fotion to enlarge the time for filing the brief and argument for Appellant and in support thereof would state the following:

1. The brief and argument of Appellant is due on August 12, 2011.

2. Plaintiff-Appellant's attorney is unable to timely file the brief for the following reasons:

3. Appellant's attorney has been diagnosed with multiple myeloma resulting in a pathological fracture of his right arm and very weak bones in his left arm.

4. After receiving radiation therapy, Appellant's attorney began chemotherapy on July 25, 2011 and is expected to continue with chemotherapy through 12 weeks through October 12, 2011 as well as ongoing treatment of his pathological fracture of the right arm and treatment of the left arm for weak bones.

5. Appellant's attorney will be unable to prepare and complete the brief and argument of Appellant while undergoing treatment.

6. Appellant's attorney, therefore, respectfully requests an enlargement of time to November 21, 2011 to submit the brief and argument of Appellant.

WHEREFORE, APPELLANT RESPECTFULLY REQUESTS THAT THE TIME FOR FILING THE BRIEF AND ARGUMENT AND REQUIRED SHORT APPENDIX BE

ENLARGED TO NOVEMBER 11, 2011.

                                        Respectfully submitted,
                                        /s/ Armand L. Andry
                                        Attorney for Appellant

ARMAND L. ANDRY
Attorney for Plaintiff-Appellant
One South Dearborn, Suite 2100
Chicago, Illinois 60603
773/626-3058

## CERTIFICATE OF SERVICE

I, Armand L. Andry, an attorney, certify that I caused to be served a copy of the foregoing documents on Defendant-Appellee by filing a copy with the court's ECF system on August 5, 2011.

                                        /s/ Armand L. Andry