# ANDRY, ARMAND

## Med-Rec Nbr: 004612533c

**Allergies:**
Allergies

7/25/2011 – 11:00        15 min.  FUP Oncology Hematology        SSC Onc Hema   Catchatourian, Rosalino MD

**Preparations:**

Please bring identification and proof of any insurance you have with you to your next clinic appointment.

IMPORTANT!!    Bring ALL your medications to your next visit. Include vitamins, any supplements, even medications ordered by another doctor or nurse.

Please arrive one hour before your scheduled appointment.

IMPORTANTE!!    Traiga todos sus medicamentos cuando venga a su proxima visita en la clinica. Incluya vitaminas, suplementos, hierbas, y medicamentos recetados por otros doctores o enfermeras.

Por favor presentense en la cliinica una hora antes de su cita.

# MAIL ORDER PRESCRIPTION SERVICE NOW AVAILABLE

"      NEW prescriptions can be mailed to the following address:

"E" BUILDING PHARMACY
P.O.BOX 946
OAK FOREST, IL 60452-0946

"      REFILLLS can be called in to 800-458-0501
"      The filled prescription will be mailed to your home.
"      Narcotics and controlled substances can not be mailed.

Hematology Outpt

* Preliminary Report *

| | |
|---|---|
| Result Type: | Hematology Outpt |
| Result Date: | July 06, 2011 14:51 |
| Result Status: | Unauth |
| Performed By: | JAIN, SHIVI on July 11, 2011 15:13 |
| Encounter info: | 0705476810, Stroger, Clinic Outpatient, 6/27/2011 - 6/27/2011 |

## * Preliminary Report *

Mr Andry was first seen in Hematology clinic on 6/27/11 , he was sent form GMC for evaluation and managemnet of Multiple myeloma .

PMH :
DM type 2
HTN
BPH proven by biopsy in 9/09
UTI : multiple UA are postivie , Culte in 2009 was negative
obesity
CHF with grade 2 DD and EF 20% per TTE doen in RUSH oak park hospital in 9/2009

Multiple myeloma : Dx at Westlake Hospital in 5/2011 . He presented there is RUE pain , was found to have a pathologic fracture which prompted further w/u .Per records was found to have IgG kappa multiple myeloma and positibe NMbone scan .He was referred to CCH for hematology and orthopedic evaluation

He presents for follow up today . His recent bone survery at CCH 6/27/11 showed lytic leisons , Leison in Left huerus is also at risk of fracture an he has a pathologic fracture in Right humerus that has been evaluated by Orthopedics , no intervention indicated .He was referred to radiation Oncology , On 7/7/11 he will start XRT to these leisons total dose 30 cgy over 10 fractions He has been evaluated by cardiology 7/7/11 .

His pain is controlled with pain medication , no other complains

Exam
AAOx3
163/84 , 89/min ,
wt 249 lbs Ht is 70 inches
s1s2 normal
CTA b/l
soft nt nd bs+
no spinal tenderness
RUE in cast

Hematology Outpt

* Preliminary Report *

Labs:
7/8/11 : cr 1.1
6/8/11
hb 12 , wbc 5.5 , PLT 274
TP 6 , alb 3.4 , ca 9.9
LDH 228
UA 8

6/27/11
SPEP :IgG 1080 , IgA 68 , IgM 23
UPEP awaited
Bone survey : final read awaited
Was reviewed with radiologist : diffuse lytic leisons
Leison in L humerus is a potential site for pathological #

BM bx :
BONE MARROW, RIGHT POSTERIOR ILIAC CREST; BIOPSY AND ASPIRATE;
(SPECIMENS A & B)
-      PLASMA CELL MYELOMA.
-      MILD NORMOCELLULAR ANEMIA WITH SLIGHTLY DECREASED ERYTHROPOIESIS
AND ABSENT STAINABLE IRON.
-      CONGO RED STAIN FOR AMYLOID IS NEGATIVE.
-      MILD TO MODERATE INCREASE IN RETICULIN FIBERS IN BONE MARROW
BIOPSY.
The bone marrow biopsy shows areas of residual marrow with trilineage
hematopoiesis with maturation showing cellularity of approximately 60%.
Other areas show cellularity of 100% and are composed of sheets of
plasma cells, some of which contain nucleoli. **The sheets of plasma
cells comprise approximately 30% of the bone marrow biopsy.** Reticulin
stain shows a mild to moderate increase in reticulin fibers in the bone
marrow biopsy. Iron stain also performed on the bone marrow biopsy is
negative. Congo red stain performed on the bone marrow biopsy is also
negative.

Impression :
A 61 y/o with DM , HTN , Obesity , BPH now dx with IgG kappa Multiple myeloma
Staging is pending B2 microglobulin levels

Plan:
Continue XRT to b/l UE leisons
Will start Velcade and Dexamethasone on 7/26/11

Printed by:    FRANCIA, NESTOR
Printed on:    7/21/2011 11:20

\* Preliminary Report \*

Will place on zometa study
Will sign up for registry

RTC 7/25/11 after XRT

d/w Dr. Catchatourian

**Signature Line**

Electronically Authored On:  11-Jul-11 15:13
Electronically Signed By: JAIN, SHIVI
SH - Hermatology/Oncology - Fellow
PAGER BUS: 312 740 4218

**Completed Action List:**
\* Perform by JAIN, SHIVI on July 11, 2011 15:13
\* Sign by JAIN, SHIVI on July 11, 2011 15:13