## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 9, 2011

*Before*

FRANK H. EASTERBROOK, *Chief Judge*

| | |
|---|---|
| No.: 11-2298 | DORIS KEETON,<br>Plaintiff - Appellant<br><br>v.<br><br>MORNINGSTAR, INCORPORATED,<br>Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:10-cv-05502<br>Northern District of Illinois, Eastern Division<br>District Judge Amy J. St. Eve | |

Upon consideration of the **MOTION TO ENLARGE TIME TO FILE THE BRIEF AND ARGUMENT OF PLAINTIFF-APPELLANT**, filed on August 5, 2011, by counsel for the appellant,

**IT IS ORDERED** that the motion for an extension of time to file appellant's opening brief is **GRANTED**, but only until September 12, 2011.

During the past several years, attorney Andry has repeatedly maintained that chronic medical problems make it impossible for him to file timely briefs. The motion submitted in support of the current request, which asks for 101 additional days, does not offer any assurance that it will be possible to file a brief in November of this year. Attorney Andry's history has been marked by repeated failure to comply with filing dates that he himself proposed. One consequence, as the court previously informed him, is that extensions of more than 60 days (in total) would no longer be available. The current motion does not mention that limit.

No. 11-2298                                                                                                          Page 2

      Although serious medical problems receive the court's sympathy, a lawyer who becomes unable to carry on his practice must hire an associate or arrange for substitute counsel. The 30 days granted by this extension will give attorney Andry time to take those steps in order to protect his client's interests.

      The remainder of briefing will proceed as follows:

1.       The brief of the appellee(s) will be due by October 12, 2011.

2.       The reply brief of the appellant(s), if any, will be due by October 26, 2011.

Important Scheduling Notice !

    Notices of hearing for particular appeals are mailed shortly before the date of oral argument. Criminal appeals are scheduled shortly after the filing of the appellant's main brief; civil appeals after the filing of the appellee's brief. If you foresee that you will be unavailable during a period in which your particular appeal might be scheduled, please write the clerk advising him of the time period and the reason for such unavailability. Session data is located at http://www.ca7.uscourts.gov/cal/calendar.pdf. Once an appeal is formally scheduled for a certain date, it is very difficult to have the setting changed. See Circuit Rule 34(e).

form name: **c7_Order_3J**(form ID: **177**)